## C. E. Dorn and Gay Dorn v. James Clancy & Son.

1. RULES OF COURT—*Must be Complied With.*—Unless the rules are complied with, the court can not inquire into the merits of the case.

Transcript, from a justice of the peace. Appeal from the Circuit Court of Cook County; the Hon. RICHARD S. TUTHILL, Judge, presiding. Heard in this court at the October term, 1896. Affirmed. Opinion filed January 21, 1897.

CHARLES PICKLER, attorney for appellants.

WILLIAM A. DOYLE, attorney for appellees.

MR. JUSTICE GARY DELIVERED THE OPINION OF THE COURT. This case comes here on an original record, which—upon proceedings here, which it is not necessary to detail—was admitted to be, in part, no record, and upon three supplemental records, to which there is no allusion in the abstract. Unless we disregard rules of this court, which we must enforce impartially or not at all, we can not inquire as to the merits of the case. Thompson v. Economy Furniture Company, 64 Ill. App. 140.

The judgment is affirmed.